IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA S. HAMPTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant | ) Case No.: 1:10-cv-0884 JLT<br>)<br>) ORDER GRANTING EXTENSION OF TIME<br>)<br>) (Doc. 13)<br>)<br>)<br>)<br>)<br>) |

The parties have stipulated by counsel to extend the period of time for the Plaintiff to file her Opening Brief. (Doc. 13) The Scheduling Order allows a single thirty-day extension by the stipulation of parties. Accordingly, it is HEREBY ORDERED that Plaintiff is granted an extension of time until January 21, 2011, to file her Opening Brief.

IT IS SO ORDERED.

Dated:   **December 23, 2010**　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1