IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA S. HAMPTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:10-cv-0884 JLT<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE OPENING BRIEF AND POINTS OF AUTHORITIES IN SUPPORT THEREOF OUT OF TIME<br><br>(Doc. 16) |

On January 26, 2011, Debra Hampton ("Plaintiff") requested leave to file her Opening Brief and Points and Authorities in Support Thereof out of the time stipulated by counsel, as the filing deadline expired on January 21, 2011. Defendant's counsel stated she had no objection to the late filing. (Doc. 16 at 2). Therefore, given the minimal prejudice to the defendant and the good cause attested to by Plaintiff's counsel, Plaintiff's application to for leave to file the Opening Brief out of time is **GRANTED**.

IT IS SO ORDERED.

Dated:   **January 27, 2011**                                          /s/ Jennifer L. Thurston
                                                                                          UNITED STATES MAGISTRATE JUDGE