**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA S. HAMPTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:10-cv-0884 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 18) |

Parties have stipulated by counsel to extend the period of time for the Commissioner of Social Security ("Defendant"), to file his response to Plaintiff's Opening Brief. Though Defendant states this is the first extension of thirty days sought by stipulation, this is the second request brought by stipulation, and the third request made for extension in this matter.

The first extension was granted by the Court on December 24, 2011 (Doc. 14), setting the due date for Plaintiff's Opening Brief as January 21, 2011, per the parties' stipulation and in accord with the Scheduling Order that allows a single thirty day extension by stipulation (Doc. 6). After the expiration of the deadline, Plaintiff's counsel filed an application to file her Opening Brief late, given a heavy case load and family emergency, (Doc. 16), which was granted by the Court on January 27, 2011 (Doc. 17).

1  A request beyond the single thirty day extension "will be granted only for good cause," and
2 the parties were warned that modification requests "will **not** routinely be granted." (Doc. 6 at 4).
3 Defendant's counsel is seeking an extension due to her impacted schedule, which was the result of a
4 temporary, six-week assignment. (Doc. 18 at 1). Good cause has therefore been shown for this
5 extension of time. However, <u>the Court will not grant another extension</u> in this matter without a
6 showing of exceptional good cause, as each party has now had the opportunity to extend time for
7 filing papers in the matter now pending before the Court.
8  Accordingly, it is HEREBY ORDERED: Defendant is granted an extension of time until
9 March 28, 2011, to provide file his response to Plaintiff's Opening Brief.
10
11 IT IS SO ORDERED.
12 Dated:  **February 18, 2011**      /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE